1:23-cv-01402-JES  # 1  Filed: 10/24/23  Page 1 of 10

**FILED**
OCT 24 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

Lawrence Jackson Sr., )
) Plaintiff
)
vs. )
) Case No. _____
) *(The case number will be assigned by the clerk)*
Officer martor # 2025, )
Officer Nicholas C. Jones # )
7934, Ray M Driskell, Trent A. )
Staggs # 9880, Officer )
Robert D. Johnson, officer )
Kling, Sgt Henderson # )
IDOC due to multiple )
John doe control officers, )
Warden Cheryl Hinthorne )
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Lawrence Jackson Sr.

Prison Identification Number: Y49301

Current address: 1300 W. Locust P.O. Box 999

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Henderson

Current Job Title: Sgt. of IDoC

Current Work Address: 1300 W. Locust P.O. Box 999 Canton, IL 61542

Defendant #2:

Full Name: John D. Marter #12025

Current Job Title: IDoC officer

Current Work Address: 1300 W. Locust Canton, IL 61542

Defendant #3:

Full Name: Nicholas C. Jones #7934

Current Job Title: Officer

Current Work Address: 1300 W. Locust Canton, IL 61542

Defendant #4:

Full Name: Trent A. Staggs #9880

Current Job Title: Officer

Current Work Address: 1300 W. Locust Canton, IL 61542

Defendant #5:

Full Name: Robert D. Johnson

Current Job Title: Officer

Current Work Address: 1300 W. Locust Canton, IL 61542

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒   No ☐

Full name: Officer Kling
Current Job: officer
Current work Address: 1300 W. Locust Canton, IL 61542

Full name: John Doe officer 3 officer Reegan
Current Job: Control officer
Current work address: 1300 W. Locust Canton, IL 61542

Full name: Officer Reegan
Current Job: Control officer R2 House
Current work address: 1300 W. Locust Canton, IL 61542

Full name: Cheryl hinthorne
Current Job: warden
Current work address: 1300 Locust Canton, IL 61542

C. If your answer to B is yes, how many? __5__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _at this time without law library I don't know_

2. Basic claim made _Various Claims_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _one was Settled, 2 dismissed, one on appeal, 1 pending_

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☐   No ☒

_Reason Being they won't return some grievances, and they have Retaliated each time I file one._

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  2 house, 3 house, 4 house and 5 House

Date(s) of the occurrence  to many to fit on one line.

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

This Claim is for "deliberate Indifference" on several occasions Including Retaliation multiple times. I came to this prison 2-14-2022 I was placed on the deck R2 in cell C-23 under 2 weeks Quarintine, After I was put into general population in R3 cell A-52. I was on this wing in this cell until may 18, 2022 on this day I Reported a "PRea", This is when all my trouble Started. I was told by the officer It's policy in this prison to Refuse housing if you have a "prea" I did what he told me and recieved a Disciplinary Report for it, and when it was heard by one Sgt not the Committee I was found guilty and recieved a 30-day Grade deduction, my Phone calls were Reduced to 2 a week, so I Filed a Grievance which was a huge mistake, since I have suffered retaliation by prison officials when I exercised my Constitutional rights to file a Grievance against correctional personal. The right to be free from Retaliation for a prisoner's exercise of his First Amendment Rights was "clearly established" by the 1980s. since I have Suffered Intentional retaliation for the exercise of a constitutional protected activity. The Law is clearly established that a prison official may not retaliate against harass a prisoner for exercising my right of access to the Courts. I have been Shut out of my religious Service, my Yarmulka was taken I am a Jew. I have not seen the rabbi for

5

months the response is I cant have 2 religions, I have one religion I am a christian, my ethnicity is Jew my family is from Israel. on June 25, 2023 after being punished over and over for grievance for 2 other prea's even I one point being held in the Restrictive house unit known as the Hole for 3 extra days then Being placed on C-grade 2 calls a week, commissary restriction, audio and visual Restriction on the C-grade we are restriced even more than in the hole only 3 yards a week and most of the time they are cancelled yet, in the hole you get yard everyday. back to June 25, 2023 I was in my cell after working the 11pm to 7am shift as a shower house port for R4 at 8:25 pm officer Marter #12025 was the 7am to 3pm officer for R4 wings A and B. At that time I was in R4 A-68 sleeping when he came to the cell he removed me and my cellmate from the cell and starting just destroying everything in the cell, Just days prior I helped two guys write grievances for him doing the same to them and he quoted "when you write grievances on me or help write one on me I make your life hell." I after the shakedown it has Been Just that. He walks out the cell first and says There's Laundry soap missing from the Back, when I told him I know I informed multiple officers that you continue to let out a former worker and give him access to my station and you know I have filed grievances on the matter. next he came out with 4 bottles of commissary soap and a hot pot and told me this is all yours. despite two of us being in the cell. When we asked about our soap he said show our reciept to Lt. Jester at chow time and we would get them back we did just that and To This day we have not recieved it back. Lt. Brown heard my ticket and dismissed the theft for the soap and said wait 30 days and it will be returned. after 30 days I asked and Lt. Brown

6

Told me it's not happening so stop asking. I was forced to use soap or beg others for laundry detergent for like 45 days. My cellmate asked why he didn't recieve a ticket also and was told to just "shut up." Then on July 19, 2023 a teacher saw that I had been given 14 days commissary restriction and 30 hot pot restriction decided to join in on the retaliation a mr. Ray Driskell and wrote me a ticket for laying down on a desk on July 19, 2023 at 1:30 pm. despite the fact that we didn't make it to school until 2:00 pm on that day. again as in all above incidents I asked for witnesses and camera footage to be reviewed and was told "no" and found "guilty" with a verbal reprimand. I heard that ticket July 24, 2023 and the next day recieved a ticket for "unauthorized movement" and lieing to an employee for being let out the cell for the purpose of cleaning the shower my assigned job. The officer that heard it refused to join the attacks and through out the ticket yet the officer who wrote it Nicholas C. Jones #7934 had already written the job placement officer to fire me before I heard the ticket. I have had my incoming and outgoing mail delayed causing my appeals in my criminal case to be thrown out, miss deadlines, officers kicking, slamming my door to startle me, unjustified disciplinary charges, and improper dismissal of all my grievances, ignoring the emergency button in the cell, refusing to give me breathing treatments I'm asthmatic, and the icing on the cake, on october 8, 2023 at 10:00 pm sgt henderson was working r's control when he realized I was in the house he yelled over the load speaker I'm not "KKK I'm a nazi" knowing I'm Jew and the war going on in my country. Threats from prison officials and withholding grievance forms is rendering exhaustion inapplicable. even after elevating the problem all the way up to the warden she refused to see me or do anything about it.

7

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like for the Court to award me actual and punitive damages with whatever amount the court sees fit, as well as any other damages the Court deems fair and just.

JURY DEMAND     Yes ☒    No ☐

Signed this ___11___ day of ___October___, 20_23_.

_Lawrence Jackson Sr._
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Lawrence Jackson Sr. | Y49301 |
| Address: | Telephone Number: |
| 1300 Locust P.O. Box 999 | |

8

Lawrence Jackson S1 X49301
1300 W. Locust P.O. Box 999
Illinois River-IRCC
Canton, IL 61542

**THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS**

LEGAL MAIL

United States District Court
Central District of Illinois
600 E. Monroe St. Room 151
Springfield, IL, 62701



ZIP 61520
$ 001.83
OCT 20 2023
US POSTAGE PITNEY BOWES